UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE, et al,

    Plaintiffs,

Case No. 1:26-cv-657
Hon. Paul L. Maloney
Mag. Sally J. Berens

v

KALAMAZOO PUBLIC SCHOOLS et al;

    Defendants.

---

Eric D. Delaporte (P69673)
Gina E. Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiffs
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLynch.com
Gina@DelaporteLynch.com

---

## **ORDER**

This matter having come before the Court and the Court being fully advised in the premises;

It is hereby **ORDERED** that Plaintiffs' Motion to Proceed Under Pseudonym is **GRANTED**. The following Parties may proceed in this action under pseudonyms:

    Jane Doe;
    Mary Doe;
    Student Culprit 1 ("S.C. 1");
    Student Culprit 2 ("S.C. 2"); and,
    Student Culprit 3 ("S.C. 3").

2

**IT IS SO ORDERED.**

Dated:  _____
Hon. Paul L. Maloney
Mag. Sally J. Berens