UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DOE,

     Plaintiff,

                                           Case No. 1:26-cv-657

v.

                                           HONORABLE PAUL L. MALONEY

KALAMAZOO PUBLIC SCHOOLS, et al.,

     Defendants.

_____/

## **ORDER**

On May 4, 2026, a notice of impending dismissal issued as to Defendants S. C. 1, S. C. 2, and S. C. 3 (ECF No. 12).  Plaintiff has filed a verified petition regarding service of process in response to the notice (ECF No. 18).  Upon review of the petition, the Court is satisfied that dismissal of this case as to these named defendants is not warranted at this time.

**IT IS SO ORDERED**.

Dated:  June 1, 2026

                                        /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge