UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY DOE,

     Plaintiff,

                                   Case No. 1:26-cv-657

v.

                                   HONORABLE PAUL L. MALONEY

KALAMAZOO PUBLIC SCHOOLS, et al.,

     Defendants.

_____/

**ORDER OF DISMISSAL**

On May 4, 2026, a Notice of Impending Dismissal issued as to Defendants S. C. 2 and S. C. 3 (ECF No. 12).  In response, Plaintiff filed a motion seeking additional time to serve these two Defendants (ECF No. 14).  The motion was granted and Plaintiff was granted an additional 60 days to serve the complaint on these Defendants (ECF No. 17).  The 60 days have now expired, and Plaintiff has neither filed proof of service or sought an extension of time.  Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED** without prejudice as to Defendants S. C. 2 and S. C. 3.

Dated:  August 5, 2026                                   /s/  Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge