**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JANE DOE, a minor, et al.;

Plaintiffs,

Case No. 1:26-cv-657
Hon. Paul L. Maloney

v

KALAMAZOO PUBLIC SCHOOLS, et al.;

Defendants.

---

Eric D. Delaporte (P69673)
Gina E. Goldfaden (P86863)
DELAPORTE LYNCH, PLLC
Attorneys for Plaintiffs
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLynch.com
Gina@DelaporteLynch.com

Bogomir Rajsic, III (P79191)
Tracey R. DeVries (P84286)
McGRAW MORRIS MASUD
Attorneys for Defendants Kalamazoo Public Schools, Smith, Saunders, Dorsey-Smith, Aguinaga, Hill, Ward, Muysenberg, Robertson, Duckett, and Champs
44 Cesar E. Chavez Ave. SW, Ste. 200
Grand Rapids, MI 49503
(616) 288-3700
brajsic@mcgrawmorris.com
tdevries@mcgrawmorris.com

---

**PLAINTIFF'S COMBINED RESPONSE TO THE HONORABLE COURT'S SHOW CAUSE ORDER (ECF No. 23) AND MOTION TO DROP S.C. 1**

NOW COMES Plaintiffs Jane Doe and Mary Doe, by and through their attorneys, Delaporte Lynch, PLLC, and hereby respectfully submit this Motion to Drop S.C. 1 from this action pursuant to Federal Rules of Civil Procedure 20 and 21. Plaintiffs submit this Motion in response to the Honorable Court's ECF No. 23. In support of Plaintiffs' Motion, Plaintiffs state the following:

1. Plaintiffs' present causes of action involving Defendant S.C. 1 are intertwined with the conduct of S.C. 2 and S.C. 3, who were dismissed without prejudice after Plaintiffs

attempted but could not serve S.C. 2 and S.C. 3 because of the unavailability of full contact information, parent information, and/or location information despite engagement of a process server, costly skip tracing services, and issuance of a subpoena to Defendant Kalamazoo Public Schools for directory information in an effort to overcome asserted FERPA-related concerns.

2. Without S.C. 2 and S.C. 3 being subject to the current litigation, Plaintiffs are unable to efficiently pursue their claims against S.C. 1.
3. Federal Rule of Civil Procedure 21 allows the Court to add or drop a party at any time. Fed. R. Civ. P. 21.
4. Plaintiffs do not intend to pursue the claims against S.C. 1 until the other involved students, S.C. 2 and S.C. 3, are located and a proper action is brought against them.

WHEREFORE, Plaintiffs respectfully request that the Honorable Court grant this Motion and order that S.C. 1 be dismissed from this action without prejudice, and grant such other relief as the Court deems just and proper.

DELAPORTE LYNCH, PLLC

Dated: September 1, 2026

Gina Goldfaden

Eric D. Delaporte (P69673)
Gina E. Goldfaden (P86863)
Attorneys for Plaintiffs
210 State St., Suite B
Mason, MI 48854
(517) 999-2626
Eric@DelaporteLynch.com
Gina@DelaporteLynch.com